USAO_Fax                    3/19/2025 10:28:50 AM EDT    PAGE    3/004    Fax Server

**FILED**

MAR 1 9 2025

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

Criminal No. 1:25 cr 19

Violation:    18 U.S.C. § 2243(b)

CHRISTINA R. ARILLO,

Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Sexual Abuse of a Person in Official Detention)

In or about October 2022, in Preston County, in the Northern District of West Virginia, the defendant, **CHRISTINA R. ARILLO**, did knowingly engage in sexual acts with an inmate who was in official detention at Federal Correctional Institution Hazelton and was under the defendant's custodial, supervisory, and disciplinary authority, all in violation of Title 18, United States Code, Section 2243(b).

RANDOLPH J. BERNARD
Acting United States Attorney

Andrew R. Cogar
Assistant United States Attorney