IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

       Plaintiff,

     v.                            CRIMINAL NO. 1:25-CR-19
                                          (KLEEH)

CHRISTINA R. ARILLO,

       Defendant.

## ORDER GRANTING MOTION FOR CHANGE OF PLEA HEARING [ECF NO. 4]

The Court is in receipt of the Government's motion for a change of plea hearing.  For good cause shown, the motion is **GRANTED** [ECF No. 4].  Pursuant to 28 U.S.C. § 636, and for reasons appearing to the Court, the Court **REFERS** this action to the Honorable Michael J. Aloi, United States Magistrate Judge, who is hereby designated and authorized to consider the defendant's plea to the charge contained in the Information.  In considering these matters, the Magistrate Judge shall conduct a hearing and enter into the record a written report and recommendation memorializing the disposition of the Defendant's guilty plea.  It is further **ORDERED** that any delay resulting from the consideration of the proposed plea agreement shall be excluded for the purposes of the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(G).

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record, Magistrate Judge Aloi, the Office of Probation, and the United States Marshals Service.

DATED: March 21, 2025

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA