AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **United States of America**<br>**v.**<br><br>**Christina R. Arillo**<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | **Case No.:**    **1:25-CR-19** |

**FILED**

APR 2 8 2025

**U.S.** DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


**Date:**    April 28, 2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*MICHAEL JOHN ALOI, U.S. MAGISTRATE JUDGE*
*Judge's printed name and title*